IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA *ex rel.* R. DANIEL SALEAMUA and KEVIN RINNE, | ) ) ) | |
| Relators/Plaintiffs, | ) ) | |
| v. | ) ) | Civil No. 08-0848-CV-ODS |
| CARDINAL HEALTH, INC. and McKESSON CORPORATION, | ) ) ) ) | |
| Defendants. | ) | |

### ORDER

UPON CONSIDERATION of the United States': (a) Notice of Election to Intervene in Part for Purposes of Settlement and to Decline to Intervene in Part, and (b) Motion to Partially Unseal the Case (the Notice of Election), for good cause shown,

IT IS HEREBY ORDERED that:

1. The relators' Complaint and First Amended Complaint, the Notice of Election, the proposed Order submitted by the United States with its Notice of Election, this Order, and all other documents filed after the date of the United States' Notice of Election be unsealed; and

2. All other documents filed in this lawsuit prior to the United States' Notice of Election remain under seal.

IT IS SO ORDERED.

/s/ Ortrie D. Smith
ORTRIE D. SMITH, JUDGE
UNITED STATES DISTRICT COURT

DATE: April 19, 2011